# United States Court of Appeals
## For the First Circuit

---

Nos. 07-2691, 07-2692

EDMUND F. BURKE,

Plaintiff, Appellee/Cross-Appellant,

v.

STEVEN MCDONALD,

Defendant, Appellant/Cross-Appellee.

---

**ERRATA SHEET**

The opinion of this Court issued on July 17, 2009 is amended as follows:

On page 26, line 3: inside the quotation mark, the word "deleterious" is substituted for the word "dire."

On page 26, lines 4-5: "Gay Officers Action League, 247 F.3d at 297." is substituted for "Gay Officers, 207 F.3d at 297."